IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED.

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | NO. 3:14-cr-00179-08 |
| | ) | JUDGE TRAUGER |
| ANTONIO WITHERSPOON | ) | |

_____

**MOTION TO CONTINUE TRIAL**
_____

Defendant ANTONIO WITHERSPOON, through counsel Kenneth Quillen, moves the Court to continue the trial which is set for May 19, 2015.

Defendant Witherspoon would show the Court:

1. He was arraigned today, May 13, 2015.

2. Panel Attorney Kenneth Quillen was appointed to represent him.

3. Attorney Kenneth Quillen cannot be ready for trial on May 19, 2015.

Assistant United States Attorney Lynne Ingram is unavailable today.

Respectfully submitted,

s/ Kenneth D. Quillen
Attorney for Antonio Witherspoon
336 46th Avenue North
Nashville, TN  37209
615-810-8159